UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X
NASHAY BLACK, individually and on
behalf of others similarly situated,

                Plaintiff,

       -against-

7714 ENTERTAINMENT, CORP., d/b/a
CLUB VANITY GENTLEMEN'S CLUB, et
al.,

                Defendants.
----------------------------------------------------------X

**NOTICE TO DEFENDANTS**
21-CV-4829 (MKB) (TAM)

**Default Hearing**
Date: April 7, 2022
Time: 10:00 A.M.
Dial-In: (877) 336-1839
Access Code: 3914302

**TARYN A. MERKL**, United States Magistrate Judge:

      Nashay Black ("Plaintiff") filed a Complaint against 7714 Entertainment, Corp., John Doe 1, John Doe 2, and John Doe 3 ("Defendants") on August 26, 2021. *See* ECF No. 1. You are receiving this notice as one of those Defendants.

      Plaintiff alleges that you owe her unpaid wages and penalties under federal and state law, as well as damages related to an alleged assault on Plaintiff by employees of the Defendant 7714 Entertainment, Corp. Plaintiff is seeking over fifty thousand dollars ($50,000) in damages.

      Plaintiff claims that you have received written notice of this lawsuit.

      You are receiving this notice because you have not answered or otherwise responded to the Court about Plaintiff's allegations.

      Plaintiff has asked the Court to enter a default judgment in her favor against you. Stated differently, Plaintiff has asked the Court to conclude (1) that you do not oppose Plaintiff's allegations, or disagree with her claims, and (2) that Plaintiff is entitled to a judgment in the full amount they claim you owe her. This amount may total tens of thousands of dollars for which all defendants may be together responsible.

      If you continue to fail to participate in this case, the Court may grant Plaintiff's request and enter the default judgment.

      A judgment is a public record with potential consequences, particularly if you do not pay the judgment. Plaintiff may be allowed to enforce an unpaid judgment through methods such as attachment, imposition of a lien or garnishment.

      Enclosed is an Order scheduling a Default Hearing for **April 7, 2022, at 10:00 a.m.** to discuss Plaintiff's motion asking the Court to enter a default judgment against you. You may participate in the conference by calling **877-336-1839** and typing in the access code **3914302**. You may also have a lawyer appear for you.

On or before April 7, 2022, if you would like to inform the Court and Plaintiff of your views, including as to whether you received notice about the lawsuit prior to this notice, or what your factual and legal objections to Plaintiff's claims are, you may send a letter or statement to the Court and to Plaintiff's counsel, whose information is at the bottom of the page. If you did not receive a copy of the complaint, you may request one from Plaintiff's lawyer or the Clerk of Court.  Any letter or statement to the Court should clearly identify the case name and number from the caption of this notice and can be mailed or delivered to:

> United States District Court
> Eastern District of New York
> Attn: Clerk's Office  /  U.S.M.J. Taryn A. Merkl
> 225 Cadman Plaza East
> Brooklyn, New York 11201

The Clerk of the Court is respectfully directed to mail a copy of this notice and the full docket sheet to:

- 7714 Entertainment, Corp., d/b/a Vanity Gentlemen's Lounge: 7714 Queens Blvd., Elmhurst, NY 11373
- Lehman Newman Flynn Vollaro CPA: 14 Pennsylvania Plaza, Suite 2220, New York, NY 10122

Dated:   Brooklyn, New York
         February 17, 2022

_____
TARYN A. MERKL
United States Magistrate Judge

Plaintiffs' Counsel:
Sara Jacqueline Issacson
Douglas Brian Lipsky
Lispky Lowe LLP
420 Lexington Avenue
Suite 1830
New York, NY 10170

Telephone: (212) 392-4772

Email: sara@lipskylowe.com
       doug@lipskylowe.com