UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NASHAY BLACK, individually and on behalf of
all other similarly situated persons,

                        Plaintiff,                        JUDGMENT
     v.                                                    21-CV-4829 (MKB) (TAM)

7714 ENTERTAINMENT, CORP. d/b/a CLUB
VANITY GENTLEMEN'S CLUB and
JOHN DOES 1-3,

                        Defendants.
----------------------------------------------------------------X

A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge, having been filed on August 24, 2022, adopting the Report and Recommendation of Magistrate Judge Taryn A. Merkl, dated July 29, 2022, granting Plaintiff's motion for a default judgment against Club Vanity; awarding Plaintiff (1) a sum of $75,990, comprised of: $21,570 in compensatory damages; $21,570 in liquidated damages; $7,850 in statutory damages; and $25,000 in emotional distress damages; (2) prejudgment interest on Plaintiff's unpaid overtime wages and gratuities of $21,570 at a per diem interest rate of $5.32 from February 13, 2020, to the date of the judgment; (3) post-judgment interest at the rate set forth in 28 U.S.C. § 1961(a) from the date of entry of judgment until the date of payment; and (4) a fifteen-percent increase in damages under the NYLL (which total $50,990), not including post-judgment interest, for any amounts that are not paid within ninety days of the judgment or the expiration of time to appeal; denying counsel's request for attorneys' fees as moot; dismissing the claims against John Does 1–3 without prejudice because they have not been identified or served; and the Clerk of Court having calculated the prejudgment interest at the rate set forth above, and the prejudgment interest being $4,915.68; it is

ORDERED and ADJUDGED that Plaintiff's motion for a default judgment against Club Vanity is granted; that Plaintiff is awarded a total amount of $131,895.68 (which includes a fifteen-percent increase in damages under the NYLL (which total $50,990), not including post-judgment interest, for any amounts that are not paid within ninety days of the judgment or the expiration of time to appeal) plus post-judgment interest at the rate set forth in 28 U.S.C. § 1961(a) from the date of entry of judgment until the date of payment; that counsel's request for attorneys' fees is denied as moot; and that the claims against John Does 1–3 are dismissed without prejudice because they have not been identified or served.

Dated: Brooklyn, New York  
       August 25, 2022

Brenna B. Mahoney  
Clerk of Court

By:   */s/Jalitza Poveda*  
      Deputy Clerk