Nashay Black

**Case #:** 1:21-cv-04829

**Name of Case:** Black Vs. 7714 ENTERTAINMENT, CORP. d/b/a CLUB VANITY GENTLEMEN'S CLUB

**Name of the plaintiff:** Nashay Black

**Date of Judgement:** August, 25th, 2022

**Today's Date:** May 12th, 2023

**Date information subpoenas were served to the defendant:** February 23rd, 2023

Hi, I'm seeking an information subpoena to be issued to the IRS (Internal Revenue Service) to request information about the defendants' reported monthly and/or yearly income, the name of the banks they have accounts with if known, the owner name of the business 7714 entertainment corporation doing business as Club Vanity if known and The defendant EIN so I can locate the defendants' bank accounts/monetary assets. The defendant is not responding to me, In the information subpoena I asked the defendant to provide payment and their EIN number but they refused to answer, is currently still refusing and they attended no court dates. The attached files is documents that I requested payment or information and they did not answer the information subpoena. Also, I'm requesting that I can be allowed to issue the information subpoena to the IRS (Internal Revenue Service) myself without hiring a process server and without using a friend or relative. My email address is blacknashay@yahoo.com to receive the filled information subpoena and my contact phone number is (718)404-2087. Any previous contact number I had on file is no longer my number.

    **Date:** May 12th, 2023

    **Name:** Nashay Black

    **Signature:**

    *NashayBlack*

Attorney: Pro-Se Address:  Job #: 1526543

# AFFIDAVIT OF NON SERVICE

Client's File No.: black vs. 7714

SUPREME COURT OF THE STATE OF NEW YORK : QUEENS COUNTY

INDEX NO.: 1:21-CV-04829
COUNTY OF Queens County

NASHAY BLACK

*Plaintiff*

vs

7714 ENTERTAINMENT CORP D/B/A CLUB VANITY GENTLEMEN'S CLUB & REGISTERED AGENT ; LEHMAN NEWMAN FLYNN VOLLARO CPA"S

*Defendant*



STATE OF NEW YORK , COUNTY OF QUEENS , SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York . That on the following date: 02/21/2023 , at the following time: 12:07 PM , at 14 PENN PLAZA, STE#2220, NEW YORK , NY 10122 , deponent attempted to serve the within INFORMATION SUBPOENA - QUESTIONNAIRE - S.A.S.E ENVELOPE FOR RETURN OF RECORDS upon LEHMAN NEWMAN FLYNN VOLLARO CPA"S REGISTERED AGENT FOR 7714 ENTERTAINMENT CORP the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at 14 PENN PLAZA, STE#2220, NEW YORK , NY 10122 deponent was unable to effect process upon the person being served because of the following reason(s):

- [ ] unknown at address
- [ ] house/building vacant
- [ ] moved, left no forwarding
- [ ] address does not exist
- [ ] evading
- [ ] service canceled by litigant
- [ ] unable to serve in timely fashion
- [ ] no other occupants / tenants over 18 years of age
- [X] Other: COMPANY IS NOT KNOWN AT ADDRESS. COMPANY LOCATED ON FLOOR IS CALLED "TECHNO".

ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|---|---|---|
| 02/21/2023 | 12:07 PM | 14 PENN PLAZA. STE#2220. NEW YORK . NY 10122 |

Sworn to before me on 02/28/2023

NOTARY PUBLIC
DIANNE GONZALEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01GO6025621, QUALIFIED IN QUEENS COUNTY
TERM EXPIRES, AUGUST 3, 2023

NICHOLAS VIVEROS
DCA License # 2094853-DCA

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*

| | |
|---|---|
| SUPREME COURT OF THE STATE OF NEW YORK : QUEENS COUNTY | Job #: 1526542 |

Attorney: Pro-Se
Address:

| | |
|---|---|
| NASHAY BLACK | Index Number: 1:21-CV-04829 |
| vs *Plaintiff* | Client's File No.: black vs. 7714 |
| 7714 ENTERTAINMENT CORP D/B/A CLUB VANITY GENTLEMEN'S CLUB & REGISTERED AGENT ; LEHMAN NEWMAN FLYNN VOLLARO CPA"S | Court Date: |
| *Defendant* | Date Filed: |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
JAVON CUMMINGS, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 2/23/2023, at 9:37 PM at: 7714 QUEENS BLVD , QUEENS , NY 11373 Deponent served the within INFORMATION SUBPOENA - QUESTIONNAIRE - S.A.S.E ENVELOPE FOR RETURN OF RECORDS

On: 7714 ENTERTAINMENT CORP D/B/A CLUB VANITY GENTLEMEN'S CLUB , Witness therein named.

☒ #1 Corporation or Partnership or Trust or LLC or Non-Profit
By delivering thereat a true copy of each to Nick Doe personally. Deponent knew said corporation/partnership/trust/LLC/Non-Profit so served to be the corporation/partnership/trust/LLC/Non-Profit described in said aforementioned document as said Witness and knew said individual to be Manager thereof.

☒ #2 DESCRIPTION

| | | | |
|---|---|---|---|
| Sex: Male | Color of skin: White | Color of hair: Black | Glasses: |
| Age: 35-45 | Height: 5ft 9in - 6ft 0in | Weight: 201-250 Lbs | Other Features: |

☐ #3 WITNESS FEES
Subpoena Fee Tendered in the amount of

☐ #4 OTHER

Sworn to before me on 02/24/2023

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025821, Qualified in Queens County
Term Expires, August 3, 2023

JAVON CUMMINGS
DCA License #2036513

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*